

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

February 27, 2026

**Via CM/ECF System**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

> **Re:** **Letter Request to Adjourn Initial Pretrial Conference & Mediation**
> *Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
> SDNY Case No. 26-cv-0042 (JMF)
> Our Ref 35847
> ----------------------------------------------------------------------------------------

Dear Judge Furman

We represent the plaintiffs, Certain Interested Underwriters Subscribing to Policy No. MARCW2450280 ("Underwriters") and The Folger Coffee Company ("Folgers"), in the above-referenced action.

Pursuant to section 2.D of Your Honor's individual rules, we write to respectfully request a 30-day adjournment of the initial pretrial conference currently scheduled for March 31, 2026 at 9:00 a.m. [ECF 6], as well as the corresponding deadlines for the parties to (1) submit a joint letter and proposed case management plan and (2) participate in court-annexed mediation. This is the first such request.

In accordance with Your Honor's instructions, we provided notice of the initial pretrial conference to the legal department of defendant MSC Mediterranean Shipping Company S.A. ("MSC") on January 7, 2026. In addition, we alerted the attorneys who frequently appear for MSC in similar actions filed by our office (e.g., 24-cv-5267, 25-cv-5736, etc.) and asked whether they would be retained in connection with this matter. However, to date, MSC has not appeared through counsel in this action. Accordingly, the Mediation Office has yet to select a neutral from its roster to serve as the parties' meditator.

<table>
<tr><td>

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

</td><td>

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

</td></tr>
</table>

Hon. Jesse M. Furman
February 27, 2026
Page Two

       Meanwhile, we instructed a process server to effect service on MSC at its Midtown office at 420 Fifth Avenue. However, as stated in the Affirmation of Due Diligence filed by Plaintiffs [ECF 8], the building's security twice denied access to the process server and refused to call up to MSC's office on February 9 and 19, 2026. Accordingly, we are now in the process of making alternative arrangements to serve MSC.

       In light of the foregoing, we respectfully request that the initial pretrial conference on March 31, 2026 be adjourned by 30 days, thereby also extending the deadlines for the parties to mediate and, if necessary, to submit a joint letter and proposed case management plan.

       We thank the Court for its attention to the foregoing request and stand by ready to answer any questions that the Court may have regarding this matter.

                  Respectfully submitted,
                  HILL RIVKINS LLP


                  Justin M. Heilig

Application GRANTED.  The initial pretrial conference previously scheduled for March 31, 2026 at 9:00 a.m. is hereby ADJOURNED to **May 5, 2026 at 9:00 a.m.**  All other pending deadlines are extended accordingly.  The Clerk of Court is directed to terminate ECF No. 9.

    SO ORDERED.

March 2, 2026

