

## HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

April 21, 2026

**Via CM/ECF System**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

> **Re:** **Letter Request to Adjourn Initial Pretrial Conference & Mediation**
> *Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
> SDNY Case No. 26-cv-0042 (JMF)
> Our Ref 35847
> ----------------------------------------------------------------------------------------

Dear Judge Furman:

We represent the Plaintiffs, Certain Interested Underwriters Subscribing to Policy No. MARCW2450280 ("Underwriters") and The Folger Coffee Company ("Folgers"), in the above-referenced action.

Pursuant to section 2.D of Your Honor's individual rules, we write to respectfully request another 30-day adjournment of the initial pretrial conference currently scheduled for May 5, 2026 at 9:00 a.m. [ECF 10], as well as the corresponding deadlines for the parties to (1) submit a joint letter and proposed case management plan and (2) participate in court-annexed mediation. This is the second such request. Although Defendant MSC Mediterranean Shipping Company S.A. ("MSC") has yet to formally appear, its house counsel consents to this request.

Following our initial extension request [ECF 9], MSC executed a waiver of service on March 6, 2026 [ECF 11], under which its answer is currently due by May 4, 2026. Since then, the parties have been engaged in direct settlement discussions in an effort to resolve Plaintiffs' claims without having to mediate.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Jesse M. Furman
April 21, 2026
<u>Page Two</u>

Accordingly, we respectfully request that the initial pretrial conference on May 5, 2026 be adjourned by an additional 30 days (thereby also extending the deadlines for the parties to mediate and, if necessary, to submit a joint letter and proposed case management plan) to facilitate the parties' negotiations and to conserve judicial resources. In the event that the parties reach an agreement to settle this action before the conference, we will promptly notify the Court.

We thank the Court for its attention to the foregoing request and stand by ready to answer any questions that the Court may have regarding this matter.

Respectfully submitted,

HILL RIVKINS LLP

Justin M. Heilig

Cc:     Fernanda Gueiros (via email: fernanda.gueiros@msc.com)

Application GRANTED.  The initial pretrial conference previously scheduled for May 5, 2026 at 9:00 a.m. is hereby ADJOURNED to **June 9, 2026 at 9:00 a.m.**  All other pending deadlines are extended accordingly.  The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

April 21, 2026

