

**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Jon Werner** | 437 Madison Ave, 24th Floor | Direct Dial:    212-551-7755 |
| Partner | New York, NY 10022 | Fax:          212-599-5085 |
| Admitted to:  New York | Tel: 215-772-1500 | Email:      jwerner@mmwr.com |

May 26, 2026

<u>**VIA CM/ECF**</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

        **RE:    Letter Request to Adjourn Initial Pretrial Conference**
            *Certain Interested Underwriters v. MSC Mediterranean Shipping Co. S.A.*
            SDNY Case No. 26-cv-0042 (JMF)

Dear Judge Furman:

        We represent the Defendant MSC Mediterranean Shipping Company S.A. in the above captioned case and write jointly on behalf of all parties pursuant to Section 2.D. of Your Honor's individual rules to respectfully request another 30-day adjournment of the initial pretrial conference currently scheduled for June 9, 2026 at 9:00 am (ECF No 13), as well as the corresponding deadline for the parties to submit a joint letter and proposed case management plan. This is the third such request.

        The basis for the request is to continue to allow the parties the discuss settlement in order to conserve judicial resources and avoid unnecessary litigation expenses. In addition, the parties are still working with the Mediation Office to determine a mutually available date for mediation in the event that they are unable to resolve their dispute directly.

        We thank the Court for its attention to this request and stand ready to answer any questions that the Court may have regarding this matter.

                         Respectfully submitted.

                               Jon Werner

CC: Plaintiff's counsel

*Application GRANTED.  The initial pretrial conference previously scheduled for June 9, 2026 at 9:00 a.m. is hereby ADJOURNED to **July 14, 2026** at **9:00 a.m**.  The Clerk of Court is directed to terminate ECF No. 16.*

*SO ORDERED.*

*May 26, 2026*

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
MICHAEL J. FEKETE, NEW JERSEY RESPONSIBLE PARTNER